1  **FOCAL PLLC**
   VENKAT BALASUBRAMANI (No. 189192)
2  800 Fifth Avenue, Suite 4100
   Seattle, WA 98104-3100
3  T (206) 529-4827
   F (206) 260-3966
4  E-mail: venkat@focallaw.com

5  Attorney for Defendants

6

7

8  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| CALIFORNIA DOMAIN CONSTRUCTION, LLC | Case No. **5:14-cv-4783** |
| Plaintiff, | **NOTICE OF APPEARNCE** |
| v. | |
| PIRAGASH VELUMMYLUM, an individual; JORDAN TIMMERMANN, an individual; WIRE LABS, INC., a corporation; and DOES 1 through 25, inclusive; | |
| Defendants. | |

PLEASE TAKE NOTICE that Venkat Balasubramani hereby appears in the above-entitled action as counsel of record for Defendants Piragash Velummylum, Jordan Timmermann and Wire Labs, Inc., without waiving any objections as to service of process, personal or subject matter jurisdiction, venue, or any other defenses.

Dated: October 28, 2014       **Focal PLLC**
                              *s/ Venkat Balasubramani*
                              Venkat Balasubramani, State Bar No. 189192
                              800 Fifth Avenue, Suite 4100
                              Seattle, WA 98104
                              Tel: (206) 529-4827
                              Fax: (206) 260-3966
                              Email: venkat@focallaw.com

1

2                                    **CERTIFICATE OF SERVICE**

3        I hereby certify that on October 28, 2014 I filed the foregoing Notice of Appearance using

4   the Court's CM/ECF system, which will send email notification of such filing to all parties who

5   have appeared in this action.

                                                    s/ Venkat Balasubramani_____
6                                                   Venkat Balasubramani, Bar No. 189192
                                                    Focal PLLC
7                                                   800 Fifth Avenue, Suite 4100
                                                    Seattle, WA 98104
8                                                   Tel: (206) 529-4827
                                                    Fax: (206) 260-3966
9                                                   Email: venkat@focallaw.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28